

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00274-CV

FIVE CROWN HOLDINGS LLC,                      APPELLANT
SERIES 1

V.

MANSFIELD INDEPENDENT                      APPELLEE
SCHOOL DISTRICT

------------

## FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 22, 2013, we notified appellant for the second time that only a licensed attorney may appear and represent a corporation.[2] We stated that we would dismiss this appeal for prosecution unless, by Monday, September 23,

---

[1]See Tex. R. App. P. 47.4.

[2]*Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996).

2013, a licensed attorney filed a notice of appearance with this court.[3]  We granted extensions of time on September 27, 2013, October 29, 2013, and December 13, 2013 to allow Appellant to obtain counsel.  In our December 13, 2013 order granting an extension, we stated, "A notice of appearance must be filed on or before **Monday, December 23, 2013.  NO FURTHER EXTENSIONS WILL BE GRANTED**."

On December 23, 2013, Appellant filed a fourth motion for an extension of time to obtain counsel.  That motion is **DENIED**.

Because, despite our directive, no licensed attorney has filed a notice of appearance in this case since the notice of appeal was filed more than six months ago, we dismiss this appeal for want of prosecution.[4]  Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  February 20, 2014

---

[3]*See* Tex. R. App. P. 42.3(b)–(c).

[4]*See* Tex. R. App. P. 42.3(b)–(c), 43.2(f).